IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ERIK IVAN BETANCOURT OLGUIN

v.                                              Civil No. 1:21cv141-HSO

UNITED STATES OF AMERICA

AND

UNITED STATES OF AMERICA

v.                                              Criminal No. 1:18cr30-HSO-RHW-1

ERIK IVAN BETANCOURT OLGUIN

## FINAL JUDGMENT OF DISMISSAL

**BEFORE THE COURT** is Defendant Erik Ivan Betancourt Olguin's Motion [186] to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255.  For the reasons given in the Order denying Defendant's Motion [186] to Vacate, the Court hereby enters judgment, pursuant to Federal Rule of Civil Procedure 58. Accordingly,

**IT IS, HEREBY ORDERED AND ADJUDGED** that, this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 10th day of April, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE